924

No. 71–6593. BUTLER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–6595. STOKES v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 71–6599. SPILLERS v. NORTHERN ASSURANCE COMPANY OF AMERICA ET AL. Sup. Ct. La. Certiorari denied.

No. 71–6600. IN RE WAYLAND. Sup. Ct. Okla. Certiorari denied.

No. 71–6602. STELL v. BENJAMIN. C. A. D. C. Cir. Certiorari denied.

No. 71–6605. LIVINGSTON v. MOBIL OIL CORP. Ct. App. N. Y. Certiorari denied.

No. 71–6608. ABRAHAM v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 70–50. CONSOLIDATED CITY OF JACKSONVILLE ET AL. v. WOOLEY. C. A. 5th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 71–898. NORTHERN CALIFORNIA COLLECTION SERVICE, INC., OF SACRAMENTO v. RANDONE ET AL. Sup. Ct. Cal. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied.

No. 70–5304. BELL v. KENTUCKY. Cir. Ct. Ky., Fayette County. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1262. HERSCOVITZ v. BOARD OF COMMISSIONERS OF THE UTAH STATE BAR. Sup. Ct. Utah. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.